)IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HERBERT MANYGOAT,

        Plaintiff,

                                                                     No. 1:19-cv-1079-WJ-KRS

v.

NEW MEXICO SUPREME COURT,

        Defendant.

## ORDER DENYING WITHOUT PREJUDICE MOTION
## TO APPOINT COUNSEL

**THIS MATTER** comes before the Court on Plaintiff's motion to appoint counsel. (Doc. 4). On December 9, 2019, the Court entered a pro se case management order instructing Plaintiff not to file motions until such time as the Court undertook the statutory required screening process. (Doc. 2). Although the Court's order contained exceptions, a motion to appoint counsel is not one of them. Consequently, Plaintiff's motion is not properly before the Court at this time.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion to appoint counsel (Doc. 4) is **DENIED without prejudice**.

                                                                   KEVIN R. SWEAZEA
                                                                   UNITED STATES MAGISTRATE JUDGE